UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO.  CR06-199RSM |
| v. | |
| RAJ SINGH,<br>a/k/a RAJPAL SINGH PADDA, | DETENTION ORDER |
| Defendant. | |

Offenses charged:

    Count I: Conspiracy to Smuggle, Transport and Harbor Illegal Aliens;

    Counts II through VII: Bringing an Illegal Alien for Financial Gain;

    Counts IX through XVI: Smuggling of an Illegal Alien;

    Counts XIX through XXIII: Transporting An Illegal Alien;

    Counts XXVI through XXX: Harboring an Illegal Alien.

Date of Detention Hearing: June 20, 2006.

    The Court, having conducted a contested detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.  The Government was represented by Lisca Borichewski. The defendant was represented by David Gehrke.

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) The defendant represents a risk of danger due to the nature of these offenses consisting of a sophisticated series of crimes involving smuggling, harboring and transporting aliens. Here the Government has located witnesses who were smuggled illegally and harbored, yet threatened with death if they reported crimes committed against them. One such crime that has been alleged is forcible rape following the alleged victim's medical examination. Moreover, two weapons were located in the Defendant's home, one of which was an AK47. In view of the vulnerability of immigrant community, particularly those without the benefit of understanding the United States customs, and language, the Defendant poses a substantial risk of danger. Accordingly, there are no reasonable assurances which will protect the community.

Thus, there is no condition or combination of conditions that would reasonably assure future court appearances.

**It is therefore ORDERED:**

(l) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 20th day of June, 2006.

MONICA J. BENTON
United States Magistrate Judge