UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR06-199-RSM |
| Plaintiff, | |
| v. | SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |
| RAJ SINGH, | |
| Defendant. | |

A hearing on supervised release revocation in this case was scheduled before me on February 10, 2010. The United States was represented by AUSA Lisca Borichewski and the defendant by Keith Hall. The proceedings were digitally recorded.

Defendant had been sentenced on or about February 2, 2007 by the Honorable Ricardo S. Martinez on charges of Conspiracy to Smuggle and Transport Aliens and Bringing an Illegal Alien Into the United States for Financial Gain, and sentenced to 15 months custody, 3 years supervised release. (Dkt. 85.)

The conditions of supervised release included the standard conditions plus the requirements that defendant submit to search, provide his probation officer with access to

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

financial information, and be prohibited from incurring new credit charges or lines of credit without approval.

On July 13, 2007, defendant's probation officer reported that defendant had violated a condition of supervised release by failing to provide financial information as requested. (Dkt. 122.) Defendant denied the allegations and requested an evidentiary hearing. (Dkt. 125.) The hearing was stricken when defendant's probation officer advised the Court that defendant was in compliance with the terms of his supervision. (Dkt. 127.)

In an application dated November 30, 2009 (Dkt. 129 ), U.S. Probation Officer Jeffrey S. Robson alleged the following violation of the conditions of supervised release:

1. Committing the crimes of Driving Under the Influence and Reckless Endangerment, on or about September 30, 2009, in violation of the standard condition that he not commit another federal, state or local crime.

Defendant was advised in full as to the charge and as to his constitutional rights.

The alleged violation was amended to charge defendant with committing the crimes of Reckless Driving and Reckless Endangerment. Defendant admitted the amended violation and waived any evidentiary hearing as to whether it occurred. (Dkt. 134.)

I therefore recommend the Court find defendant violated his supervised release as alleged, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Martinez.

/ / /

/ / /

/ / /

Pending a final determination by the Court, defendant has been released on the conditions of supervision.

DATED this 10th day of February, 2010.

_____
Mary Alice Theiler
United States Magistrate Judge

cc: District Judge: Honorable Ricardo S. Martinez
AUSA: Lisca Borichewski
Defendant's attorney: Keith Hall
Probation officer: Jeffrey S. Robson